1048

*In the Matter of the Estate of* JANET FRANCES SIMONE.

ROBERT H. SIMONE, *Appellant,* v. HENRY R. SIMONE, *Individually and as Administrator, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 96-4-00728-2, Glenna Hall, J., entered August 31, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43489-6-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ANTHONY POLLINO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-07478-7, Jeanette R. Burrage, J., entered November 24, 1997. *Affirmed* by unpublished per curiam opinion.

[Nos. 43664-3-I; 43665-1-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN LEE HARRIS, ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 98-1-03264-9, Richard M. Ishikawa, J., entered November 6, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43767-4-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN K. DARDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-05204-9, Anthony P. Wartnik, J., entered November 12, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.